Daniel R. Ortega, Jr., Bar No. 005015
**ROUSH, McCRACKEN, GUERRERO,
  MILLER & ORTEGA**
1112 East Washington Street
Phoenix, Arizona  85034
(602) 253-3554
danny@rmgmo.com

*Attorneys for Plaintiff Raymond Lee (more listed on last page)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| RAYMOND YEE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL GYPSUM COMPANY; LOWE'S HIW, INC.; and DOES 1-100, <br><br> Defendants. | No.:  CV09-8189-PCT-DGC <br><br> **STIPULATION TO FILE AMENDED COMPLAINT** |

Plaintiff Raymond Yee ("Plaintiff") and Defendants New NGC, Inc. d/b/a National Gypsum Company and Lowe's HIW, Inc. (collectively "Defendants"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby stipulate as follows:

1. Plaintiff may file an Amended Complaint no later than March 9, 2010;
2. Defendants' stipulation to plaintiff's request to Amend Complaint is without prejudice to Defendants' ability to move to dismiss plaintiff's Amended Complaint, including but not limited to reasserting the arguments advanced in Defendants' respective Motions to Dismiss plaintiff's initial Complaint; and
3. Defendants may answer, move to dismiss, or otherwise respond to the Complaint by April 9, 2010.

1

RESPECTFULLY SUBMITTED this 3rd day of March, 2010.

**STIPULATED AND AGREED UPON BY:**

| | |
|---|---|
| ROUSH, McCRACKEN, GUERRERO, MILLER & ORTEGA | MORGAN, LEWIS & BOCKIUS, LLP |
| By: /s/Daniel R. Ortega, Jr.<br>    Daniel R. Ortega, Jr. | By: /s/James Pagliaro<br>    James Pagliaro |
| *Counsel for Plaintiff Raymond Yee* | *Counsel for Defendant New NGC, Inc. d/b/a National Gypsum Company* |

SHOOK HARDY & BACON, LLP

By: /s/ William Sampson
    William Sampson

*Counsel for Defendant Lowe's HIW, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Charles J. LaDuca
William H. Anderson
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
charlesl@cuneolaw.com
wanderson@cuneolaw.com
*Attorneys for Plaintiff and Proposed Class*

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA 70057
Andrew@lemmonlawfirm.com
*Attorneys for Plaintiff and Proposed Class*

J. Barton Goplerud
HUDSON, MALLANEY & SHINDLER, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
jbgoplerud@hudsonlaw.net
*Attorneys for Plaintiff and Proposed Class*

Thomas P. Burke, II
BURKE PANZARELLA RICH
3550 N. Central Avenue, Ste. 1750
Phoenix, AZ 85012-2189
tburke@bprlaw.com
*Attorneys for Defendant Lowe's HIW, Inc.*

William R. Sampson
James P. Muehlberger
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
wsampson@shb.com
jmuehlberger@shb.com
*Attorneys for Defendant Lowe's HIW, Inc.*

Brian R. Booker
Alison Pulaski
QUARLES & BRADY, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004-2391
brian.booker@quarles.com
alison.carter@quarles.com
*Attorneys for Defendant National Gypsum Company*

James D. Pagliaro
Kristofor T. Henning
Thomas V. Ayala
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103-2921
jpagliaro@morganlewis.com
khenning@morganlewis.com
tayala@morganlewis.com
*Attorneys for Defendant New NGC, Inc. d/b/a National Gypsum Company*

*s/ Lupe Alabado Chavez*

A copy of the foregoing was e-mailed, with Notice of Electronic Filing, this 3rd day of March, 2010, to:

The Honorable David G. Campbell
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 623
401 W. Washington Street, SPC 58
Phoenix, Arizona  85003-2158
campbell_chambers@azd.uscourts.gov

*s/ Lupe Alabado Chavez*