# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| RAYMOND YEE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GYPSUM COMPANY; LOWE'S HIW, INC.; and DOES 1-100,<br><br>Defendants. | No.: CV09-8189-PCT-DGC<br><br>**ORDER REGARDING STIPULATION TO FILE AMENDED COMPLAINT** |

The Court, having considered the Parties' stipulation to file an amended complaint,

IT IS ORDERED:

The Plaintiffs shall file an amended complaint by no later than **March 9, 2010**; and

Defendants shall answer, move to dismiss, or otherwise respond to the Complaint by **April 9, 2010**.

Defendants' motions to dismiss (Dkt. ##23, 31) are denied without prejudice.

Dated this 9th day of March, 2010.

_____
David G. Campbell
United States District Judge