**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Yee, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>National Gypsum Company; and Lowe's HIW, Inc.,<br><br>　　　　Defendants. | No. CV-09-8189-PHX-DGC<br><br>**ORDER** |

This proposed class action arises out of the manufacture and sale of alleged defective drywall. Plaintiff filed a motion to stay the case pending a ruling on pretrial consolidation by the United States Judicial Panel on Multidistrict Litigation. Dkt. #47. The Judicial Panel has issued an order denying the transfer of this and other similar cases. Dkt. #60, *In re American-Manufactured Drywall Prods. Liability Litig.*, MDL No. 2160 (J.P.M.L June 8, 2010).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to stay (Dkt. #47) is **denied** as moot.

DATED this 14th day of June, 2010.

_____
David G. Campbell
United States District Judge